Memorandum. The order of the Appellate Division should be modified, without costs, in the following memorandum:
While a literal construction of section 50-e of the General Municipal Law would require a causal connection between the disability of the infancy and the failure, to file a claim within the time prescribed, long precedent and the policy expressed in Matter of Murray v City of New York (30 NY2d 113) mandates that this statute be read as conferring discretion on the courts vested with discretion to sustain or deny grants of permission for late filing.
We do, however, agree with the appellant that the Murray decision is not applicable to the late filing by the adult claimant. Accordingly, while affirming the Appellate Division’s grant of leave to serve a late notice of claim on behalf of the minor son, we modify the decision below to the extent of disallowing the parent claimant leave to serve a late notice of claim on her own behalf.